# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER EDWARD JOHNSON, JR.

NO. 2024 KW 0514

**JULY 29, 2024**

---

In Re:   Walter Edward Johnson, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-82-0903.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              WRC
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT